*E-Filed 11/22/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH JACKSON,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

No. C 09-5994 RS

**ORDER RE: PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL AND ACCOMMODATION**

    Plaintiff Kenneth Jackson is proceeding pro se. He has submitted a request to this Court to appoint a staff attorney at the People with Disabilities Foundation of San Francisco, named Jennifer Willis. Defendant opposed Jackson's request and pointed out that Willis—or any attorney Jackson has found to represent him—does not need an appointment from this Court. This is correct. Willis need only file an appearance in this case.

    Jackson also filed a request that the Court accommodate his hearing disability with a "real time transcription computer aided device for [the] deaf." The Court can accommodate Jackson as requested. Should he require any other form of accommodation (such as, for example, an American Sign Language Interpreter), he is directed to file a written request at least two weeks prior to any scheduled Court appearance.

No. C 09-5994 RS
ORDER

IT IS SO ORDERED.

Dated: 11/22/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Kenneth Jackson**
518 East Santa Inez Avenue
San Mateo, CA 94401

DATED: 11/22/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 09-5994
ORDER