IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH JACKSON, | No. C 09-05994 RS |
| Plaintiff, | |
| v. | **ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On or before May 12, 2011, both plaintiff and defendant shall submit a report, of no more than five pages in length, updating the Court as to the status of this matter.

IT IS SO ORDERED.

Dated: 4-6-11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:

Kenneth Jackson
722 Bounty Drive #2201
Foster City, CA 94404

DATED: 4/7/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg