**United States District Court**
For the Northern District of California

*E-Filed 6/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH JACKSON,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

No. C 09-5994 RS

**ORDER TO SHOW CAUSE**

On August 13, 2010, the Commissioner filed his answer to plaintiff's complaint, and the certified administrative record was lodged on August 17, 2010. Plaintiff then filed a series of motions, including requests for appointment of counsel and for courtroom assistive devices to accommodate his hearing disability. The Court denied the appointment of counsel request and granted his request for assistive devices on November 22, 2010. When plaintiff failed to file a motion for summary judgment or remand, the Court on April 7, 2011 requested a status update from both parties. The parties complied with the request, but plaintiff nonetheless did not mention an upcoming motion. Accordingly, plaintiff shall either file his motion for summary judgment or remand, or shall appear on September 22, 2011, at 1:30 p.m. and show cause why this action should

not be dismissed, without prejudice, for failure to prosecute. Upon filing of the motion, this Order to Show Cause shall be moot and the September 22 hearing date shall be vacated.

Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782.9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

IT IS SO ORDERED.

Dated: 6/20/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-5994
ORDER

2

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Kenneth Jackson**
518 East Santa Inez Avenue
San Mateo, CA 94401

DATED:  6/20/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 09-5994
ORDER