UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNITH JACKSON,

        Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION et al,

        Defendant.

                                              /

Case Number: CV09-05994 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Jackson
722 Bounty Drive #2201
Foster City, CA 94404

Dated: September 23, 2011

                                              Richard W. Wieking, Clerk

                                              *Corinne Lew*

                                              By: Corinne Lew, Deputy Clerk