*E-Filed 9/23/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH JACKSON,                                              No. C 09-5994 RS

        Plaintiff,                                              **ORDER**

  v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

      An order to show cause hearing was held on September 22, 2011 at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California. The motion schedule shall proceed as follows: The Government shall file its motion for summary judgment within thirty days. Plaintiff shall file his opposition to the Government's motion and any cross-motions for summary judgment within thirty days of the Government's filing. The Government shall then file its reply brief within fifteen days of the Plaintiff filing any opposition or cross-motions. These motions will thereafter be submitted without oral argument or further briefing unless otherwise ordered by the Court.

1   IT IS SO ORDERED.

2

3   Dated: 9/23/11

4   _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

28                                                             No. C
                                                               ORDER